## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

DeAndre Crawford

                              Plaintiff,

v.                                       Case No.: 1:15−cv−01597

                                        Honorable Edmond E. Chang

Ghaliah Obaisi, Independent Executor of the Estate of Saleh Obaisi, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 12/4/18. The settlement conference set for 12/6/18 will proceed as scheduled. Defendants' counsel reported that Defendants will not agree to make a medical referral as part of any settlement of this case and they are interested only in a monetary settlement. Plaintiffs request that the Court nevertheless order Defendants to bring to the settlement conference someone with authority to agree to a medical referral is denied for the reasons stated on the record. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.